UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Marvin Shane Cook            Docket No. 2:14-CR-12-1BO

## Petition for Action on Supervised Release

COMES NOW Peter J Yalango, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Marvin Shane Cook, who, upon an earlier plea of guilty to 18 U.S.C. §922(g)(1) and 18 U.S.C. §924(a)(2), Possession of a Firearm by a Felon, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on December 19, 2014, to the custody of the Bureau of Prisons for a term of 37 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Marvin Shane Cook was released from custody on August 25, 2017, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The offender submitted a urinalysis sample which tested positive for cocaine and marijuana on August 31, 2017. The offender admitted to using cocaine and marijuana on August 25, 2017. The offender has requested to be enrolled in substance abuse treatment and cognitive behavioral counseling to assist him in avoiding narcotic use in the future.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

2. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,            I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith            /s/ Peter J Yalango
Eddie J. Smith            Peter J Yalango
Supervising U.S. Probation Officer            U.S. Probation Officer
           150 Rowan Street Suite 110
           Fayetteville, NC 28301
           Phone: 910-354-2546
           Executed On: September 06, 2017

Marvin Shane Cook
Docket No. 2:14-CR-12-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 8 day of September, 2017, and ordered filed and made a part of the records in the above case.

*Terrence Boyle*
Terrence W. Boyle
U.S. District Judge